STATE OF NORTH CAROLINA v. ANTHONY R. BATEMAN

No. 7312SC147

(Filed 28 February 1973)

APPEAL by defendant from *Clark, Judge,* at the 21 September 1972 Criminal Session of CUMBERLAND Superior Court.

By indictment proper in form defendant was charged with armed robbery to which charge he pleaded not guilty. A jury found him guilty as charged and from judgment imposing prison sentence of not less than 15 nor more than 25 years, to be credited with 74 days confinement pending trial, he appealed.

*Attorney General Robert Morgan by Ralph Moody, Special Counsel, for the State.*

*Kenneth A. Glusman, Assistant Public Defender Twelfth Judicial District, for defendant appellant.*

BRITT, Judge.

Defendant's counsel concedes that although he has carefully examined the record in this case he has been unable to find prejudicial error. We too have reviewed the record and conclude that defendant received a fair trial, free from prejudicial error.

No error.

Judges CAMPBELL and GRAHAM concur.